IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-799 |
| SERGIO PEREZ MORALES | § | |

**O R D E R**

Defendant Morales filed an unopposed motion for continuance, (Docket Entry No. 799). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The rearraignment hearing is reset to **March 22, 2011, at 9:00 a.m.**

SIGNED on February 17, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge